■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROXANNE M. ORTIZ, Appellant. [833 NYS2d 421]— Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered January 12, 2004. The judgment convicted defendant, upon her plea of guilty, of burglary in the second degree (two counts) and attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMIE L. JONES, JR., Appellant. [832 NYS2d 841]— Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered June 25, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of robbery in the second degree (Penal Law § 160.10 [1]). Defendant knowingly, voluntarily and intelligently waived his right to appeal, and the waiver of the right to appeal encompasses his challenge to Supreme Court's suppression ruling (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Boose*, 38 AD3d 1259 [2007]). Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.